Edward Bilyeu, appellee, v. Baltimore & Ohio Railroad Company, appellant.

Action to recover for personal injuries under Federal Employers' Liability Act. Judgment for plaintiff. Appeal from the City Court

of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1927. Affirmed upon filing remittitur, otherwise reversed and remanded. Opinion filed May 14, 1927.

Kramer, Kramer & Campbell, for appellant. Beasley & Zulley, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.